**1082**

John RADOS and Romy Rados, Copartners, etc., Claimants of the American Motor Boat A-737 NUOVA ROMA, Appellants, v. UNITED STATES of America, Appellee.

No. 6738.

Circuit Court of Appeals, Ninth Circuit.

Feb. 1, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of proctors for the respective parties, ordered appeal in above cause dismissed; mandate forthwith.

ROLFE ARMORED TRUCK SERVICE, Inc., et al., Appellants, v. WEST FLAGLER AMUSEMENT CO., Inc., Alleged Bankrupt, et al., Appellees.

No. 6449.

Circuit Court of Appeals, Fifth Circuit.

Jan. 8, 1932.

Richard H. Hunt, of Miami, Fla., for appellants.

Robert C. Lane, Emett C. Choate, J. N. Morris, and Dewey Knight, all of Miami, Fla., for appellees.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

The order appealed from is affirmed.

SHAMROCK TOWING CO., Inc., Libelant-Appellee, v. THE Steam Tug PHILADELPHIA, Her Engines, etc., Daniel Roe Towing & Transportation Company, Claimant-Appellee, THE Steam Tug BON, Her Engines, etc., N. N. Petterson Company; Inc., Claimant-Appellant.

SYLVESTRE PETROLEUM TRANSPORT CO., Inc., Libelant-Appellee, v. THE Steam Tug PHILADELPHIA, Her Engines, etc., Daniel Roe Towing & Transportation Company, Claimant-Appellee, THE Steam Tug BON, Her Engines, etc., N. N. Petterson Company, Inc., Claimant-Appellant.

Nos. 104, 105.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1932.

Single & Single, of New York City (Thomas Hazlehurst Middleton, of New York City, of counsel), for claimant-appellant.

Park, Lynch & Hagen, of New York City (Anthony V. Lynch, Jr., of New York City, of counsel), for Sylvestre Petroleum Co.

Alexander, Ash & Jones, of New York City (Edward Ash, of New York City, of counsel), for Shamrock Towing Co.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Daniel Roe Towing & Transportation Co.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decrees affirmed.